UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Harley-Davidson Credit Corp. , <br><br> Plaintiff, <br><br> v. <br><br> Chancellor Services, LLC, <br><br> Defendant. | Case No. 2:14-cv-1703-MCE-EFB <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Chancellor Services, LLC in the amount of $1,130,826.40, plus interest at the rate of 7.05% per annum.

Date: September 30, 2015    MARIANNE MATHERLY, CLERK

By: /s/  A. Meuleman
Deputy Clerk