1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  HARLEY-DAVIDSON CREDIT CORP.,          No.  2:14-CV-01703-MCE-EFB

12              Plaintiff,

13        v.                               **ORDER GRANTING PLAINTIFF HARLEY-DAVIDSON CREDIT CORP.'S MOTION FOR ATTORNEYS' FEES AND COSTS AGAINST DEFENDANT CHANCELLOR SERVICES, LLC**

14  CHANCELLOR SERVICES, LLC;
    WALTER FLETSCHER; PHILLIP G.
15  PRICE,

16              Defendants.

17

18        The Court has reviewed the unopposed Motion for Attorneys' Fees and Costs

19  ("Motion") filed by Plaintiff Harley Davidson Credit Corporation ("Plaintiff").  The Court

20  finds that the fees requested are fair and reasonable.  Accordingly, IT IS HEREBY

21  ORDERED that:

22        1.      Plaintiff's Motion (ECF No. 21) is GRANTED; and

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

1          2.      Defendant Chancellor Services, LLC is liable for Plaintiff's reasonable

2    attorneys' fees in the amount of $13,591.00, and litigation costs in the amount of

3    $570.00, for a total award to Plaintiff of $14,160.00.

4          IT IS SO ORDERED.

5    Dated:  December 15, 2015

6

7

8    _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE

9    UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28